# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Bertha Meza, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>The Procter & Gamble Company.<br><br>*Defendant*. | Case No. 1:23-cv-00241-MWM<br><br>Hon. Matthew W. McFarland |

### Plaintiff's Notice of Voluntary Dismissal Without Prejudice

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Bertha Meza hereby dismisses, without prejudice, all claims against Defendant The Procter and Gamble Company.

Each party shall bear its own costs.

Dated: July 13, 2023

Respectfully submitted,

By: _____

Richard M. Kerger (0015864)
rkerger@kergerlaw.com
THE KERGER LAW FIRM, LLC
4159 N. Holland-Sylvania Rd., Suite 101
Toledo, OH  43623
Telephone: (419) 255-5990
Facsimile: (419) 255-5997

Jonas B. Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP

1

201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____